AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| Board of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada; Board of Trustees of the Teamsters Convention Industry Training Fund <br><br> *Plaintiff(s)* <br><br> v. <br><br> Amrize Cement, Inc. f.k.a. Holcim (U.S.), Inc., a Delaware corporation, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  2:26-cv-01042-JCM-EJY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amrize Cement, Inc. f.k.a. Holcim (U.S.), Inc.
c/o CT Corporation System
701 S CARSON ST STE 200
Carson City, NV, 89701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Bryce C. Loveland, Esq.
Christopher M. Humes, Esq.
William D. Nobriga, Esq.
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 100
Las Vegas, Nevada 89106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: _____4/6/2026_____       _____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:26-cv-01042-JCM-EJY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Amrize Cement, Inc. f.k.a. Holcim (U.S.), Inc., a Delaware corporation

was received by me on *(date)*    4/30/2026            .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Ana Gomes, Intake Specialist   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Registered Agent, CT Corporation
System, 701 S. Carson St., #200, Carson City, NV 89701   on *(date)*   5/1/2026 at 9:57 AM   ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   5/6/2026

*Server's signature*

Andrew Anthony Holloway, Process Server #R-2024-36979
*Printed name and title*

Legal Process Service, NV PILB. Lic. 604
105 Mary St., Reno, NV 89441
888-568-5566
*Server's address*

Additional information regarding attempted service, etc:

Additional documents served: First Amended Complaint; Complaint

| Print | Save As... | Reset |