JENNIFER A. FORNETTI, ESQ. (NBN 7644)
**FISHER & PHILLIPS LLP**
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone:   (702) 252-3131
Facsimile:    (702) 252-7411
Email:        *jfornetti@fisherphillips.com*

ANDREW J. MARTONE, ESQ. (*pro hac vice* pending)
**MARTONE LEGAL, LLC.**
600 Emerson Road, Suite 205
St. Louis, Missouri 63141
Telephone:   (314) 862-0300
Facsimile:    (314) 862-7010
Email:        andym@martonelegal.com
              mattr@martonelegal.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONSTRUCTION INDUSTRY TRAINING FUND; BOARD OF TRUSTEES OF THE TEAMSTERS VACATION TRUST FUND<br><br>Plaintiffs,<br><br>v.<br><br>AMRIZE CEMENT, INC. f.k.a. HOLCIM (U.S.), INC., a Delaware corporation;7<br><br>Defendant. | Case No.: 2:26-CV-01042-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiffs, Board of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada, Board of Trustees of the Teamsters Construction Industry Training Fund, and Board of Trustees of the Teamsters Vacation Trust Fund, and Defendant Amrize Cement, Inc., by and through counsel, hereby submit this Stipulation and Order to Extend Time for Defendant to Respond to Plaintiffs' First Amended Complaint. This is the parties' first request and is not

-1-

made for purposes of delay or otherwise unnecessarily delaying these proceedings. The filing date of the First Amended Complaint is April 15, 2026.

The basis for this extension stems from the parties' agreement to delay pleadings on the case as they worked through potential resolution of some or all of their disputes. Based on these facts, the parties have agreed to an additional twenty-one days for Defendant to file its responsive pleading(s) to Plaintiffs' First Amended Complaint through and including June 24, 2026.

1.      Plaintiffs filed their original Complaint on April 3, 2026 (ECF No. 1).

2.      Plaintiffs filed their First Amended Complaint on April 15, 2026 (ECF No. 5).

3.      Service was made on Defendant Amrize Cement, Inc.'s registered agent on May 1, 2026 (ECF No 6).

4.      The deadline for filing a responsive pleading was May 22, 2026.

5.      The parties agreed to delay pleadings while they attempted to resolve the issues between them.

6.      The parties agree to an additional twenty-one days for Defendant to answer or otherwise respond to Plaintiffs' First Amended Complaint through and including June 24, 2026.

7.      The new date for Defendant Amrize Cement, Inc. to file its responsive pleading(s) to Plaintiffs' First Amended Complaint is now **June 24, 2026**.

8.      This is the parties' first request to extend Defendant's deadline for filing its responsive pleading(s).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

FP 64263996.1

This Stipulation and Order is not made for purposes of undue delay or for some improper purpose but is necessary due to an agreed extension to allow the parties to attempt to resolve the outstanding issues.

Dated this 3rd day of June, 2026.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Christopher M. Humes*
CHRISTOPHER M. HUMES, ESQ. (12782)
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Plaintiffs*

Dated this 3rd day of June, 2026

**FISHER & PHILLIPS LLP**

*/s/ Jennifer A. Fornetti*
Jennifer A. Fornetti (7644)
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101

Dated this 3rd day of June, 2026

**MARTONE LEGAL, LLC**

*/s/ Andrew J. Marton*
Andrew J. Martone (PHV Pending)
600 Emerson Rd., Suite 205
Creve Coeur, MO 63141

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:   June 3, 2026

-3-

FP 64263996.1